IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRYAN KERR DICKSON | § | |
| VS. | § | CIVIL ACTION NO. 1:14-CV-250 |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Bryan Kerr Dickson, an inmate currently confined at USP Allenwood, proceeding *pro se* and *in forma pauperis*, brings this civil action pursuant to to the Federal Tort Claims act.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to enter default judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the Court finds plaintiff's objections lacking in merit. Defendants filed a timely motion for extension of time to file their answer which was granted and then filed a Motion to Dismiss which is currently pending. Plaintiff is not entitled to a default judgment under the present circumstances.

## ORDER

Accordingly, the objections of plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

So **ORDERED** and **SIGNED** this **21** day of **November, 2015.**

_____
Ron Clark, United States District Judge