| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BRYAN KERR DICKSON, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:14-CV-250
　　　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Bryan Kerr Dickson, an inmate formerly confined at USP Beaumont, proceeding *pro se*, filed this Federal Tort Claim ("FTCA") against the United States of America.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the Federal Tort Claim be dismissed for lack of subject matter jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation (docket entry no. 104). This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court finds plaintiff's objections are without merit. Plaintiff complains that he originally filed this case as a *Bivens* case and a Federal Tort Claim and that the Court has not ordered the individual defendants to answer his *Bivens* claims. On May 29,

2014, however, the Magistrate Judge ordered plaintiff to replead his claims and specifically asked plaintiff the following:

> 1. Please list the individual defendants that you wish to add as defendants in this case and briefly describe your *Bivens* complaints against them. Plaintiff is advised that he should limit his claims to only those defendants employed at the United States Penitentiary in Beaumont, Texas as this court lacks jurisdiction as to other defendants that are employed with units outside the Eastern District of Texas.

Order to Replead (docket entry no. 23). Plaintiff responded to the order on June 16, 2014, stating he did not want to add *Bivens* claims and wanted to "keep his claims under the Federal Tort Claims Act." (docket entry no. 27). Plaintiff asked for the defendant to be served on June 20, 2014 (docket entry no, 29) and an Order requiring the United States of America be served was entered on September 30, 2014 (docket entry no. 40). The United States of American then filed a Motion to Dismiss on February 2, 2015 (docket entry no. 53).

This case has been pending since 2014. Plaintiff has filed a Notice of Appeal three times and the case has been delayed as a result. Plaintiff now asks four years later to add *Bivens* claims he originally stated he did not want to pursue. It would be prejudicial to the defendants to allow plaintiff to amend his complaint to add *Bivens* claims against individual defendants at this late juncture.

## ORDER

Accordingly, the objections of the petitioner are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is

**ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 15th day of October, 2019.

*[signature]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE